IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOIT INTERNATIONAL, LTD, <br>     an Israeli Limited Company, <br><br> *Plaintiff*, <br><br> v. <br><br> BLACKSWAN TECHNOLOGIES INC., <br>     a Delaware Corporation, <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 1:23-cv-00560-MN |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff DoiT International, LTD ("DoiT" or "Plaintiff"), by its attorneys, Oved & Oved LLP and Rosen & Associates, P.C., moves that the Clerk of the Court enter default in this action on the grounds that Defendant BlackSwan Technologies, Inc. ("BlackSwan" or "Defendant") has failed to plead or otherwise respond to Plaintiff's Summons and Complaint, both of which were properly served on Defendant by its registered agent.

Plaintiff commenced this action on May 22, 2023.  *See* Declaration of Andrew L. Kincaid ("Kincaid Decl.") ¶ 3.  On May 24, 2023, Plaintiff properly served the Summons and Complaint on Defendant by its registered agent. *Id.* ¶ 4.  Accordingly, pursuant to Federal Rule of Civil Procedure 12, Defendant was required to answer or otherwise respond to the Complaint on or before June 14, 2023.  *See* Fed. R. Civ. P. 12(a).

No such answer or other response has been filed, served, or received.  Indeed, to date, Plaintiff has received no response regarding the Summons and Complaint from Defendant or any person claiming an interest in this litigation, and no response has been filed on the docket on behalf of Defendant.  Kincaid Decl. ¶ 5.

Now, Plaintiff respectfully requests a judgment on the merits in its favor pursuant to Federal Rule of Civil Procedure 55. Despite having received proper service of this action, Defendant has never responded to the Complaint or Summons and Plaintiff has never agreed to stay or otherwise delay this case. In light of these facts, Plaintiff respectfully requests entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Wilmington, Delaware
June 15, 2023

*/s/ Christine McCabe*
Christine McCabe, Esq. (No. 3695)
ROSEN & ASSOCIATES, P.C.
4609 Bedford Boulevard
Wilmington, Delaware 19803
Tel: (212) 223-1100
*cmccabe@rosenpc.com*

-and-

Terrence A. Oved, Esq. (*pro hac vice* forthcoming)
Andrew L. Kincaid, Esq. (*pro hac vice* forthcoming)
OVED & OVED LLP
401 Greenwich Street
New York, New York 10013
Tel: 212.226.2700
*terry@oved.com*
*akincaid@oved.com*

*Attorneys for DoiT International, LTD*