IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOIT INTERNATIONAL, LTD,<br>    an Israeli Limited Company,<br><br>*Plaintiff*,<br><br>v.<br><br>BLACKSWAN TECHNOLOGIES INC.,<br>    a Delaware Corporation,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:23-cv-00560-MN |

**DECLARATION OF ANDREW L. KINCAID IN SUPPORT OF
PLAINTIFF'S REQUEST FOR DEFAULT**

**Andrew L. Kincaid** hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Counsel with Oved & Oved LLP, attorneys for Plaintiff DoiT International, LTD ("DoiT" or "Plaintiff") in the above-captioned action.

2. I have personal knowledge of the facts stated below, including based on my review of the referenced materials. I submit this declaration to provide the Court with information relevant to Plaintiff's Request for Entry of Default.

3. Plaintiff commenced this action on May 22, 2023. *See* D.I. 1.

4. On May 24, 2023, Plaintiff properly served the Summons and Complaint on Defendant by its registered agent. *See* D.I. 4.

5. Plaintiff has never agreed to stay or otherwise delay this case; and Plaintiff has received no response regarding the Summons and Complaint from Defendant or any person

- 2 -

claiming an interest in this litigation, and no response has been filed on the docket on behalf of Defendant.

Dated:  New York, New York
   June 15, 2023

                 _____
                 Andrew L. Kincaid