# UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF DELAWARE

DOIT INTERNATIONAL LTD,

    Plaintiff(s),

vs.

BLACKSWAN TECHNOLOGIES INC,

    Defendant(s).

Case No.: 23-CV-00560

**AFFIDAVIT OF SERVICE**

Received by DM PROFESSIONAL SERVICES on 06/15/2023 at 2:39 PM to be served upon:

**BLACKSWAN TECHNOLOGIES INC**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, SUSSEX, KENT    ss.

I, ROBERT DELACY III, depose and say that:

On 06/16/2023 at 11:40 AM, I SERVED the within **MOTION AND DECLARATION** on BLACKSWAN TECHNOLOGIES INC at C/O HARVARD BUSINESS SERCIES, INC. 16192 COASTAL HIGHWAY, Lewes, DE 19958 in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LISA KLINE , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Female** - Skin: **Caucasian** - Hair: **Blonde** - Approx. Age: **55** - Height: **5'5"** - Weight: **200**

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this __16__ day of __June__, 20__23__.

Signed and sworn to before me on this __16__ day of __Jun__, 20__23__

_____
Notary Public

X_____
**ROBERT DELACY III**
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: OVED & OVED LLP
Atty File#: - Our File#: 431146

*431146*