IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOIT INTERNATIONAL, LTD., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 23-560 (MN) |
| BLACKSWAN TECHNOLOGIES INC., | ) |
| Defendant. | ) |

## **CLERK'S ENTRY OF DEFAULT**

At Wilmington, this 20th day of July 2023;

Plaintiff's Motion for Entry of Default (D.I. 5), the Declaration of Andrew L. Kincaid in Support thereof (D.I. 5-1) and the Court docket show that:

1. On May 22, 2023, Plaintiff DoiT International, Ltd. ("Plaintiff") filed a Complaint against Defendant BlackSwan Technologies, Inc. ("Defendant") (D.I. 1).

2. On May 24, 2023, Plaintiff served the summons and Complaint upon Defendant (D.I. 4; D.I. 5-1 ¶ 4).

3. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the time for Defendant to move, answer, or otherwise respond to the Complaint was June 14, 2023.

4. Defendant has not served an answer to the Complaint, nor has it made any appearance in the present action and, as a result, has failed to plead or otherwise defend against the judgment that Plaintiffs seek in the Complaint.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, DEFAULT is HEREBY ENTERED against Defendant BlackSwan Technologies Inc.

Plaintiff shall serve of copy of this Clerk's Entry of Default upon Defendant and shall file a proof of service regarding same.

                                              RANDALL C. LOHAN, Clerk of Court

                                              *April Smith*
                                        By :    April Smith, Deputy Clerk