# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOIT INTERNATIONAL, LTD, <br>    an Israeli Limited Company, <br><br> *Plaintiff*, <br><br> v. <br><br> BLACKSWAN TECHNOLOGIES INC., <br>    a Delaware Corporation, <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 1:23-cv-00560-MN |

## DECLARATION OF ANDREW L. KINCAID IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**Andrew L. Kincaid** hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Counsel with Oved & Oved LLP, attorneys for Plaintiff DoiT International, LTD ("DoiT" or "Plaintiff") in the above-captioned action.

2. I have personal knowledge of the facts stated below, based on my review of the referenced materials. I submit this declaration to provide the Court with information relevant to Plaintiff's Motion for Entry of Default Judgment for Sum Certain.

3. Plaintiff commenced this action on May 22, 2023. *See* D.I. 1.

4. On May 24, 2023, Plaintiff properly served the Summons and Complaint on Defendant BlackSwan Technologies Inc. ("Defendant") by its registered agent. *See* D.I. 4.

5. Plaintiff received no response regarding the Summons and Complaint from Defendant or any person claiming an interest in this litigation, and no response has been filed on the docket on behalf of Defendant.

6. Consequently, on June 15, 2023, Plaintiff sought a Clerk's Default against

Defendant pursuant to Federal Rule of Civil Procedure 55.

7. That same day, this Court entered an oral order directing Plaintiff to "serve a copy of the Motion for Entry of Default on Defendant and shall file a proof of service regarding same." *See* D.I. 6.

8. Plaintiff promptly complied with the Court's order, and on June 20, 2023, filed an affidavit of service confirming that Plaintiff served the Motion for Entry of Default and supporting declaration on Defendant by its registered agent on June 16, 2023. *See* D.I. 7.

9. On July 20, 2023, the Clerk of Court entered a Default against Defendant and directed Plaintiff to "serve a copy of the Clerk's Entry of Default upon Defendant" and "file a proof of service regarding same." *See* D.I. 8.

10. On July 26, 2023, Plaintiff filed an affidavit of service, reflecting that on July 24, 2023 Plaintiff served the Clerk's Entry of Default on Defendant. *See* D.I. 9.

11. To date, Plaintiff has still received no response regarding the Summons and Complaint from Defendant or any person claiming an interest in this litigation, and no response has been filed on the docket on behalf of Defendant.

12. The sum certain of $394,389.06 is justly due and owing based upon my review of file in this case, and no part thereof has been paid.

13. In addition, Plaintiff has incurred costs as follows: (i) the filing fee of $402 to commence this action, and (ii) $255 for service of process and service pursuant to this Court's orders, for total costs of $657.

14. Accordingly, Plaintiff is entitled to a judgment of $395,046.06, plus interest.

Dated: New York, New York
July 26, 2023

Andrew L. Kincaid