**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DOIT INTERNATIONAL, LTD, an Israeli Limited Company, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | C.A. No. 1:23-cv-00560-MN |
| BLACKSWAN TECHNOLOGIES INC., a Delaware Corporation, | ) ) ) | |
| *Defendant.* | ) ) | |

**[PROPOSED] JUDGMENT**

This action having been commenced on May 22, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant BlackSwan Technologies, Inc. by its registered agent on May 24, 2023, and proof of service having been filed with this Court on May 30, 2023, and Defendant BlackSwan Technologies, Inc. having failed to answer the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff DoiT International, LTD has judgment against Defendant BlackSwan Technologies, Inc. in the amount of $394,389.06, with interest at _____% from _____, 2023 amounting to $_____, plus post judgment interest at the rate of _____ % per annum, along with costs in the amount of $657.

Date: _____, 2023

_____
Clerk of Court