IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOIT INTERNATIONAL, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLACKSWAN TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 23-560 (MN) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on September 25, 2023, Magistrate Judge Hatcher issued a Report and Recommendation ("the Report") (D.I. 18) in this action, recommending that the Court grant Plaintiff's Motion for Entry of Default Judgment for Sum Certain (D.I. 10);

WHEREAS, Plaintiff served the Report on Defendant on October 18, 2023 (D.I. 19); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 9th day of November 2023, that the Report and Recommendation (D.I. 18) is ADOPTED.

Plaintiff's Motion for Entry of Default Judgment for Sum Certain (D.I. 10) is GRANTED and default judgment will be entered.

_____
The Honorable Maryellen Noreika
United States District Judge