IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOIT INTERNATIONAL, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-560 (MN) |
| ) | |
| BLACKSWAN TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55(b)</u>**

Upon consideration of the Complaint (D.I. 1) and Motion for Entry of Default Judgment (D.I. 10) filed by Plaintiff DoiT International, LTD ("DoiT") to enter default judgment pursuant to Fed. R. Civ. P. 55(b) in favor of DoiT and against Defendant Blackswan Technologies, Inc., and Defendant having failed to appear, plead, or otherwise defend, and the default of Defendant having been entered (D.I. 8), IT IS HEREBY ORDERED on this 9th day of November 2023 that:

1.  Judgment by default in the total amount of $395,131.06, consisting of $394,389.06 in unpaid invoices due and owing and $742 in court-related filing and service costs, is entered in favor of DoiT.

2.  Post-judgment interest will accrue at a rate of 5.34% as prescribed by 28 U.S.C. § 1961.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge